IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn A. Rex,  Case No.3:20cv1663 JGC

        Plaintiff

     v.  **ORDER**

Commissioner of Social Security

        Defendant

This is an appeal from the denial of Social Security benefits. I referred the petition to a Magistrate Judge for filing of a Report and Recommendation, which the Magistrate Judge has filed (Doc. 18). In the Report and Recommendation the Magistrate Judge Jonathan D. Greenberg recommended that I remand the case to the Commissioner of Social Security for further proceedings.

On *de novo* review, I find the Report and Recommendation well-taken in all respects.

Accordingly, it is hereby

**ORDERED THAT** the Magistrate Judge's Report and Recommendation (Doc. 18) be, and the same hereby is, adopted as the order of this court, and this matter is remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation. The Clerk shall mark this matter closed

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge